UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | Civil Action No. 7:24-CV-00285 |
| § | |
| MARICELA OLSON; ERIKA ESCOTO; § | |
| ISIDRO PALOMEQUE; ESPERANZA § | |
| REYES PALOMEQUE; and AMEIDA § | |
| SALINAS as STARR COUNTY TAX § | |
| ASSESSOR COLLECTOR, § | |
| § | |
| Defendants. § | |

## ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Pending before the Court is the August 14, 2025, Memorandum and Recommendation ("M&R") prepared by Magistrate Judge Juan F. Alanis. (Dkt. No. 53). Judge Alanis made findings and conclusions and recommended that Defendants Isidro Palomeque and Esperanza Reyes Palomeque's Original Crossclaim Against Defendant Maricela Olson, (Dkt. No. 23), be **DISMISSED without prejudice**, (Dkt. No. 53).

The Parties were provided proper notice and the opportunity to object to the M&R. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b). No party filed an objection. As a result, review is straightforward: plain error. *Guillory v. PPG Indus., Inc.*, 434 F.3d 303, 308 (5th Cir. 2005). No plain error appears.

Accordingly, the Court accepts the M&R and adopts it as the opinion of the Court.

It is therefore ordered that:

(1) Judge Alanis's M&R, (Dkt. No. 53), is **ACCEPTED** and **ADOPTED** in its entirety as the holding of the Court; and

(2) Defendants Isidro Palomeque and Esperanza Reyes Palomeque's Original Crossclaim Against Defendant Maricela Olson, (Dkt. No. 23), is **DISMISSED without prejudice**.

It is SO ORDERED.

Signed on September 12, 2025.

_____
**DREW B. TIPTON**
**UNITED STATES DISTRICT JUDGE**